UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 1 2019 ★

BROOKLYN OFFICE

| | |
|---|---|
| IGOR SIDORKIN and ALESHA OAK and FARZANA KOUSAR on behalf of himself or herself and all other similarly situated consumers,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant. | Civil Action No.: 1:18-cv-03533-ARR-ST |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Farzana Kousar, and Defendant, Radius Global Solutions, LLC, f/k/a Central Credit Services, LLC ("RGS"), hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against RGS, with each side to bear their own fees and costs.

Respectfully submitted,

/s/ David M. Barshay
David M. Barshay, Esq.
Barshay Sanders PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-4799
Email: dbarshay@barshaysanders.com
Attorneys for Plaintiff,
Farzana Kousar

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions.legal
Attorneys for Defendants,
Radius Global Solutions, LLC, f/k/a
Central Credit Services, LLC

So ordered.
/s/(ARR)

1

## CERTIFICATE OF SERVICE

I certify that on March 28, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by via U. S. Mail, postage prepaid.

David M. Barshay, Esq.
Barshay Sanders PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-4799
Email: dbarshay@barshaysanders.com

/s/ Aaron R. Easley
Aaron R. Easley, Esq.